

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-23-00312-CV

———————————————————

IN RE RUDY GARZA, Relator

---

Original Proceeding
371st District Court of Tarrant County, Texas
Trial Court No. 0557468 and 0557466

---

Before Wallach, J.; Sudderth, C.J.; Womack, J.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

We have considered relator's "Unopposed Notice of Dismissal." We grant the relator's request and dismiss this original proceeding.

Per Curiam

Delivered:  September 11, 2023